# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **NANCY PARKER,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No.: 7:20-cv-01226-LCB-JHE |
| **WARDEN CHAD GARRETT,** | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

On October 13, 2020, the magistrate judge entered a Report and Recommendation, (doc. 10), recommending that the petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed.[1] The Court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

---

[1] On October 22, 2020, the Court received a document titled "Response to Respondents Opposition for 2241 Habeas Corpus." (Doc. 11). This document takes issue with how Respondent has characterized her claim and argues that her petition should be considered under 28 U.S.C. § 2241. *Id.* It does not, however, challenge any of the magistrate judge's findings.

Even if the Court construed this document as an objection to the report and recommendation, Petitioner's arguments are not in conflict with the magistrate judge's finding that Petitioner's claim is properly considered under § 2241. (Doc. 10 at 2–4). Furthermore, to the extent that Petitioner argues she is due relief under § 2241, the magistrate judge correctly found that this Court lacks the authority to provide that relief. *Id.* at 4–5.

Accordingly, the Court hereby **ADOPTS** and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this Court. The petition for writ of habeas corpus is due to be **DISMISSED.** A separate Order will be entered.

**DONE** and **ORDERED** this February 5, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE